No. 1110. GRAND LODGE HALL ASSOCIATION, I. O. O. F., ET AL. *v.* MOORE, AUDITOR OF MARION COUNTY, ET AL. March 31, 1947. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Wisconsin & Michigan R. Co. v. Powers,* 191 U. S. 379. *Frank C. Dailey, George E. Hershman, Othniel Hitch* and *Paul Y. Davis* for appellants. *Cleon H. Foust,* Attorney General of Indiana,

*Winslow Van Horne, Karl J. Stipher,* Deputy Attorneys General, and *Louis B. Ewbank* for appellees.